JANUARY 5, 1994

No. 92–1012. SIMPSON PAPER (VERMONT) CO. *v.* DEPARTMENT OF ENVIRONMENTAL CONSERVATION ET AL. Sup. Ct. Vt. Certio-

rari dismissed under this Court's Rule 46.